**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| Ginger L. Hughes,  ) | 07-CV-02332-LEW-KJM |
| )    Plaintiff,    ) | |
| ) | **ORDER** |
| ) | |
| v.  ) | |
| ) | |
| Bravo Credit Corp., et al.  ) | |
| ) | |
|     Defendant.  ) | |

The Court hereby **ORDERS** Defendants to file, by December 10, 2007, a response to Plaintiff's Application for a Temporary Restraining Order and Motion for a Preliminary Injunction.

**IT IS SO ORDERED.**

Date: December 3, 2007          _Ronald S.W. Lew_
                                _____
                                **HONORABLE RONALD S.W. LEW**
                                Senior, U.S. District Court Judge

1