**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | | |
|---|---|---|
| Ginger L. Hughes, | ) | 07-CV-02332-LEW-KJM |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| Bravo Credit Corp., et al. | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Currently before the Court is Plaintiff's Application for a Temporary Restraining Order and Motion for a Preliminary Injunction.  Having considered all papers and arguments, **THE COURT NOW FINDS AND RULES AS FOLLOWS:**

The Court **DENIES** a preliminary injunction at this

1

time because Plaintiff's Application was not a noticed motion.  <u>See</u> Fed. R. Civ. Proc. 65(a)(1).

Further, the Court **DENIES** Plaintiff's Application for a Temporary Restraining Order because Plaintiff has not shown that she will suffer imminent irreparable harm.

In addition, the Court **DENIES** Defendant Deutsche Bank's request for an order requiring Plaintiff to submit contractual mortgage payments as inappropriate in this case at this time.

**IT IS SO ORDERED.**

*/s/ Ronald S.W. Lew*

**HONORABLE RONALD S.W. LEW**
Senior U.S. District Judge

DATED: December 19, 2007

2