**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | | |
|---|---|---|
| Ginger L. Hughes, | ) | 07-CV-02332-LEW-KJM |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| Bravo Credit Corp., et al. | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Currently before the Court is Deutsche Bank National Trust Company's Motion to Dismiss. Having considered all papers and arguments, **THE COURT NOW FINDS AND RULES AS FOLLOWS**:

The Court:

- **GRANTS, with 20 days leave to amend,** the Motion to Dismiss the **First** Claim for Relief (Violation of the

1

Truth In Lending Act) as to the damages claim under 15 U.S.C. § 1640, including actual damages, twice the finance charge, attorney fees, and costs because the statute of limitations has run;

- **GRANTS with prejudice** the Motion to Dismiss as to the **Third** Claim for Relief (Breach of the Implied Covenant of Good Faith and Fair Dealing) because, as Defendant and Plaintiff agree, California law disfavors such a cause of action in this case;

- **GRANTS, with 20 days leave to amend**, the Motion to Dismiss as to the **Fourth** Claim for Relief (Unjust Enrichment) because Plaintiff does not allege how Defendant Deutsch Bank received benefit and unjust retention of the benefit when the Note was inaccurately dated;

- **GRANTS with prejudice** the Motion to Dismiss as to the **Fifth** Claim for Relief (Injunctive Relief) because injunctive relief is a remedy, not a cause of action; and

- **DENIES** the Motion to Dismiss as to the **Sixth** Claim for Relief (Violation of Business and Professions Code Sections 17200 et seq.) because the allegations are sufficient.

**IT IS SO ORDERED.**

_Ronald S.W. Lew_
_____
**HONORABLE RONALD S.W. LEW**
Senior U.S. District Judge

DATED: February 13, 2008

2