William R. Walz (CA State Bar No. 136995)
Capital Counsel Group, A Professional Law Corporation
7700 Irvine Center Drive, Suite 800
Irvine, California 92618
Telephone: (949) 788-2944
Facsimile:   (949) 788-2945
William.Walz@Capcounselgrp.com

Attorney for Defendants
BRAVO CREDIT CORPORATION and
PERFORMANCE ONE FINANCIAL, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINGER L. HUGHES, an individual,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>BRAVO CREDIT CORPORATION, PERFORMANCE ONE FINANCIAL INC., DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF THE REGISTERED HOLDERS OF BRAVO MORTGAGE ASSET TRUST BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-1.<br><br>　　　　Defendants. | Case No.: 07-CV-02332-LEW-KJM<br><br>**UNOPPOSED ORDER GRANTING EXTENSION OF TIME TO RESPOND TO SECOND AMENDED COMPLAINT**<br><br><br>**HON. RONALD S. W. LEW** |

On their unopposed Motion to Extend Time to Respond to Second Amended Complaint, Defendants Bravo Credit Corporation and Performance One Financial, Inc. are hereby granted an extension until May 7, 2008, to respond to Plaintiff's Second Amended Complaint for Damages.

PDF created with pdfFactory trial version www.pdffactory.com

SO ORDERED, this the 11th day of April, 2008.

          /s/ Ronald S. W. Lew
          HON. RONALD S. W. LEW
          UNITED STATES DISTRICT JUDGE

Prepared and Submitted by:

      /S/
William Walz (CA SBN 136995)
CAPITAL COUNSEL GROUP
A Professional Law Corporation
Attorney for Defendants
BRAVO CREDIT CORPORATION and
PERFORMANCE ONE FINANCIAL

ORDER GRANTING MOTION TO EXTEND TIME TO RESPOND - 2

PDF created with pdfFactory trial version www.pdffactory.com