Eric D. Houser (SBN 130079)
J. Owen Campbell (SBN 229976)
HOUSER & ALLISON
A Professional Corporation
9970 Research Drive
Irvine, California 92618
Telephone:   (949) 679-1111
Facsimile:    (949) 679-1112

Attorneys for Defendant
Deutsche Bank National Trust Company, As Trustee
for the registered holders of Bravo Mortgage Asset Trust 2006-1,
Bravo Mortgage Asset Backed Pass-Through Certificates, Series 2006-1

Richard L. Antognini
Law Offices of Richard L. Antognini
2831 Southcreek Drive
Lincoln, California 95648
Telephone: (916) 645-7278
Facsimile: (916) 290-0539

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINGER L. HUGHES, | Case No.: 2:07-CV-02332-JAM-KJM |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER REGARDING PLAINTIFF'S APPLICATION FOR PRELIMINARY INJUNCTION** |
| BRAVO CREDIT CORPORATION, PERFORMANCE ONE FINANCIAL, INC., DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR THE REGISTERED HOLDERS OF BRAVO MORTGAGE ASSET TRUST BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-1, | **HON. JOHN A. MENDEZ**<br><br>Hearing Date: July 10, 2008<br>Hearing Time: 1:30 p.m. |
| Defendants. | |

**STIPULATION AND ORDER RE: PLAINTIFF'S APPLIATION FOR PRELIM INJUNCTION**

1

PDF created with pdfFactory trial version www.pdffactory.com

Plaintiff Ginger Hughes and Defendant Deutsche Bank National Trust Company, As Trustee for the Registered Holders of Bravo Mortgage Asset Trust 2006-1, Bravo Mortgage Asset Backed Pass-Through Certificates, Series 2006-1 ("DB") hereby stipulate and agree as follows with regard to Plaintiff's application for preliminary injunction:

1. A preliminary injunction preventing the non-judicial foreclosure sale by DB of Plaintiff's real property, 17084 Deer Creek Road, Brownsville, California 95919 (the "Property") shall be in effect from the date of this Order through April 7, 2009, or upon Court order, whichever comes first.

2. DB is not prohibited from taking any action in this court relating to the Property, including, but not limited to: filing a counterclaim for foreclosure, moving to dissolve the injunction, and moving to compel payments into the Court.

**IT IS SO STIPULATED.**

Date: July 3, 2008                    LAW OFFICES OF RICHARD
                                      ANTOGNINI


                                      /s/ Richard Antognini
                                           Richard Antognini
                                      Attorney for Plaintiff

---

**STIPULATION AND ORDER RE: PLAINTIFF'S APPLIATION FOR PRELIM INJUNCTION**

1

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| 1   Date: July 3, 2008 | HOUSER & ALLISON |
| 2 | A Professional Corporation |

/s/ J. Owen Campbell
    Eric D. Houser
    J. Owen Campbell
Attorneys for Defendant
Deutsche Bank National Trust
Company, As Trustee for the Registered
Holders of Bravo Mortgage Asset Trust
2006-1, Bravo Mortgage Asset Backed
Pass-Through Certificates, Series 2006-1

**IT IS SO ORDERED.**

Date: July 7, 2008

/s/ John A. Mendez_____
The Honorable John A. Mendez
UNITED STATES DISTRICT JUDGE

---

**STIPULATION AND ORDER RE: PLAINTIFF'S APPLIATION FOR PRELIM INJUNCTION**

2

PDF created with pdfFactory trial version www.pdffactory.com

# PROOF OF SERVICE

STATE OF CALIFORNIA )
) ss.
COUNTY OF ORANGE )

The undersigned hereby certifies that on July ___, 2008, service of a true and correct copy of this document and any referenced exhibits was accomplished pursuant to ECF on all parties as follows:

Richard L. Antognini
LAW OFFICES OF RICHARD L. ANTOGNINI
2831 Southcreek Drive
Lincoln, CA 95648-8284

I declare under penalty of perjury, under the laws of the United States of America that the foregoing is true and correct.

Executed on July __, 2008 at Irvine, California.

_____
Sherie L. Cleeré

---

**STIPULATION AND ORDER RE: PLAINTIFF'S APPLIATION FOR PRELIM INJUNCTION**

PDF created with pdfFactory trial version www.pdffactory.com