IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GINGER HUGHES,

     Plaintiff,                            No. CIV 07-2332 JAM KJM

    vs.

BRAVO CREDIT CORPORATION, et al.,

     Defendants.                        <u>ORDER</u>

_____/

        Defendants' motion to compel came on regularly for hearing May 6, 2009. Richard Antognini appeared for plaintiff. No appearance was made for defendants.[1] Upon review of the documents in support, no opposition having been filed, upon hearing the arguments of counsel, and good cause appearing therefor, THE COURT ORDERS AS FOLLOWS:

        1. The motion to compel is granted. Plaintiff shall appear for her deposition at the offices of defense counsel on the date and time noticed by defendants.

        2. Plaintiff represented that discovery responses were served May 5, 2009. Any further responses to the requests for production of documents and verified responses to the interrogatories shall be produced within ten days.

---

[1] The court was advised defense counsel was delayed due to air transportation problems.

1

3. Reasonable expenses incurred in connection with this motion are awarded to defendants against plaintiff in the amount of $3,330.00.

DATED: May 22, 2009.

_____
U.S. MAGISTRATE JUDGE

006
hughes.oah