Joren S. Bass, State Bar No. 208143
JBass@perkinscoie.com
Javier F. Garcia (admitted *Pro Hac Vice*)
jgarcia@perkinscoie.com
PERKINS COIE LLP
Four Embarcadero Center, Suite 2400
San Francisco, California  94111
Telephone:  (415) 344-7000
Facsimile:   (415) 344-7050

Attorneys for Defendant
Performance One Financial Inc.
f/k/a Bravo Credit Corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINGER L. HUGHES, an individual,<br><br>          Plaintiff,<br><br>     v.<br><br>BRAVO CREDIT CORPORATION, PERFORMANCE ONE FINANCIAL, INC., DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR THE REGISTERED HOLDERS OF BRAVO MORTGAGE ASSET TRUST BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-1,<br><br>          Defendants. | Case No. 2:07-CV-02332-JAM-KJM<br><br>**ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, SUMMARY ADJUDICATION**<br><br>Hearing Date: July 15, 2009<br>Hearing Time: 9:00 a.m.<br>Courtroom 6, 14th Floor |

THIS MATTER came before the Court on Defendant PERFORMANCE ONE FINANCIAL, INC., f/k/a/ Bravo Credit Corporation's Motion for Summary Judgment, or in the alternative, summary adjudication, to Dismiss Plaintiff's Complaint with prejudice.  The Court, having considered the motions, memoranda, declarations, and oral arguments, finds and orders as follows:

[PROPOSED ORDER] FOR SUMMARY JUDGMENT
Case No. 2:07-CV-02332-JAM-KJM
64756-0024/LEGAL16395901.1

PDF created with pdfFactory trial version www.pdffactory.com

Plaintiff's claims under the Truth in Lending Act, Fair Credit Reporting Act, Unjust Enrichment, and California Business and Professions Code Section 17200 are dismissed as a matter of law.

HAVING CONSIDERED SUCH MATTERS, Performance One Financial's Motion for Summary Judgment to Dismiss Plaintiff's Complaint is GRANTED, and Plaintiff's Complaint is DISMISSED in its entirety with prejudice.

**SO ORDERED** this 15th day of July, 2009.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ

Presented by:
**PERKINS COIE** LLP

By        /s/ Javier F. Garcia
    Javier F. Garcia *Pro Hac Vice*
    JGarcia@perkinscoie.com
    Joren S. Bass, State Bar No. 208143
    JBass@perkinscoie.com
Attorneys for Defendant
Performance One Financial Inc.
f/k/a Bravo Credit Corporation

-2-
[PROPOSED] ORDER FOR SUMMARY JUDGMENT
Case No. 2:07-CV-02332-JAM-KJM
64756-0024/LEGAL16395901.1

PDF created with pdfFactory trial version www.pdffactory.com