Eric D. Houser (SBN 130079)
J. Owen Campbell (SBN 229976)
HOUSER & ALLISON
A Professional Corporation
9970 Research Drive
Irvine, California 92618
Telephone:  (949) 679-1111
Facsimile:   (949) 679-1112

Attorneys for Defendant
Deutsche Bank National Trust Company, As Trustee for the registered holders of Bravo Mortgage Asset Trust 2006-1, Bravo Mortgage Asset Backed Pass-Through Certificates, Series 2006-1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINGER L. HUGHES,<br><br>            Plaintiff,<br><br>v.<br><br>BRAVO CREDIT CORPORATION, PERFORMANCE ONE FINANCIAL, INC., DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR THE REGISTERED HOLDERS OF BRAVO MORTGAGE ASSET TRUST BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-1,<br><br>            Defendants. | Case No.: 2:07-CV-02332-JAM-KJM<br><br>**ORDER GRANTING SUMMARY JUDGMENT IN FAVOR OF DEFENDANT DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR THE REGISTERED HOLDERS OF BRAVO MORTGAGE ASSET TRUST 2006-1, BRAVO MORTGAGE ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-1**<br><br>Hearing Date: July 15, 2009<br>Hearing Time: 9:00 a.m.<br>Courtroom 6, 14th Floor |

**ORDER GRANTING SUMMARY JUDGMENT**

1

PDF created with pdfFactory trial version www.pdffactory.com

The motions for summary judgment filed by Defendant Deutsche Bank National Trust Company, As Trustee for the registered holders of Bravo Mortgage Asset Trust 2006-1, Bravo Mortgage Asset Backed Pass-Through Certificates, Series 2006-1 ("Deutsche Bank") and Performance One Financial, Inc. f/k/a Bravo Credit Corporation ("Bravo") came on regularly for hearing before this Court on July 15, 2009.  Plaintiff appeared by counsel Richard L. Antognini, Deutsche Bank appeared by counsel J. Owen Campbell, and Bravo appeared by counsel Joren S. Bass.

The Court, having considered the motions, memoranda, opposition brief, reply briefs, the evidence, and the oral arguments of the parties, now finds, rules, and orders as stated on the record and as follows:

There is no genuine issue of material fact as to any of Plaintiff's claims for relief, and Deutsche Bank is entitled to judgment as a matter of law;

IT IS HEREBY ORDERED THAT Deutsche Bank National Trust Company, As Trustee for the registered holders of Bravo Mortgage Asset Trust 2006-1, Bravo Mortgage Asset Backed Pass-Through Certificates, Series 2006-1's motion for summary judgment is GRANTED.

Date: July 16, 2009                     /s/ John A. Mendez_____
                                        THE HONORABLE JOHN A. MENDEZ

---

**ORDER GRANTING SUMMARY JUDGMENT**

1

PDF created with pdfFactory trial version www.pdffactory.com

# PROOF OF SERVICE

STATE OF CALIFORNIA )
) ss.
COUNTY OF ORANGE )

I am employed in the County of Orange, State of California. I am over the age of eighteen and not a party to the within action. My business address is 9970 Research Drive, Irvine, California 92618.

On July ___, 2009, I served the following document described as:
**[PROPOSED] ORDER GRANTING SUMMARY JUDGMENT IN FAVOR OF DEFENDANT DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR THE REGISTERED HOLDERS OF BRAVO MORTGAGE ASSET TRUST 2006-1, BRAVO MORTGAGE ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-1**

On the following interested parties in this action:

| | |
|---|---|
| Richard L. Antognini | Javier F. Garcia |
| Law Offices of Richard L. Antognini | Perkins Coie LLP |
| 819 "I" Street | 1201 Third Avenue, Suite 4800 |
| Lincoln, CA 95648 | Seattle, WA 98101 |
| Telephone: (916) 645-7278 | Telephone: (206) 359-8036 |
| Facsimile: (916) 290-0539 | Facsimile: (206) 359-9036 |
| *Attorneys for Plaintiff* | *Attorneys for Performance One Financial, Inc. and Bravo Credit Corporation* |

**[X]**  VIA MAIL -- By placing a true copy thereof enclosed in a sealed envelope(s) addressed as above, and placing each for collection and mailing on the date following ordinary business practices.  I am readily familiar with my firm's business practice and collection and processing of mail with the United States Postal Service and correspondence placed for collection and mailing would be deposited with the United States Postal Service at Irvine, California, with postage thereon fully prepaid that same day in the ordinary course of business.

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct. Executed on July ___, 2009 at Irvine, California.

_____
Sherie Cleere

---
**ORDER GRANTING SUMMARY JUDGMENT**
2

PDF created with pdfFactory trial version www.pdffactory.com