IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINGER L. HUGHES,<br><br>      Plaintiff,<br><br>    v.<br><br>BRAVO CREDIT CORPORATION, PERFORMANCE ONE FINANCIAL, INC., DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR THE REGISTERED HOLDERS OF BRAVO MORTGAGE ASSET TRUST BACKED PASS-THROUGH CERTIFICATES, SERIESS 2006-1,<br><br>      Defendants.<br>_____/ | Case No. 2:07-cv-02332-JAM-KJM<br><br>ORDER GRANTING PLAINTIFF'S REQUEST TO PROCEED IN FORMA PAUPERIS |

    On July 16, 2009, this Court granted Defendants' motion for summary judgment.  Subsequently, Plaintiff filed a notice of appeal to the United States Court of Appeals for the Ninth Circuit.  On Aug. 10, 2009, Plaintiff filed an application to proceed in forma pauperis.

    Rule 24(a) of the Federal Rules of Appellate Procedure provides that a party to a district court action who desires to

appeal in forma pauperis on appeal must file a motion in the district court which:

>    (A) shows in the detail prescribed by Form 4 of the Appendix of Forms the party's inability to pay or to give security for fees and costs;
>
>    (B) claims an entitlement to redress; and
>
>    (C) states the issues that the party intends to present on appeal.

Fed. R. App. P. 24(a).  Plaintiff's application demonstrates her inability to pay or to give security for fees and costs.  Doc. # 82.  In addition, Plaintiff has claimed entitlement to redress and stated the issues Plaintiff intends to present on appeal.  Doc. # 81.  As such, Plaintiff has complied with the requirements of Fed. R. App. P. 24(a).

Accordingly, IT IS HEREBY ORDERED that Plaintiff's request to proceed in forma pauperis on appeal (Doc. # 82) is GRANTED.


    IT IS SO ORDERED.

Dated:  August 19, 2009

JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE